1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11    JESUS GUARDADO, JR.,                    Case No. 2:17-cv-07095-ODW (GJS)
12              Petitioner
13        v.                                  **JUDGMENT**
14    KATHLEEN ALLISON,
15              Respondent.
16
17
18        Pursuant to the Court's Order Accepting Findings and Recommendations of
19    United States Magistrate Judge,
20
21        IT IS ADJUDGED THAT this action is dismissed with prejudice.
22
23    DATE: August 14, 2019        _____
24                                 OTIS D. WRIGHT, II
25                                 UNITED STATES DISTRICT JUDGE
26
27
28